PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
pcogan@rmkb.com, stucker@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:  (650) 364-8200
Facsimile:   (650) 780-1701

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARON CALIGOR, an individual,<br><br>             Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and DOES 1 to 10, inclusive,<br><br>             Defendants. | **Case No.  09-07929 AHM (CTx)**<br><br>**ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation Re Dismissal of Action with Prejudice, this action shall be, and hereby is, dismissed with prejudice as to all defendants.  Each party shall bear its own fees and costs.

Dated:  June 03, 2010              _____
                                                   Hon. A. Howard Matz

**JS-6**